# Pittsburg, Carnegie & Western Railroad Company *v.* Gamble, Appellant.

*Appeals—Interlocutory order—Railroads—Condemnation proceedings—Bond.*

An order fixing the amount of a bond in railroad condemnation proceedings is interlocutory in character, and no appeal lies from it.

Argued Oct. 31, 1902. Appeal, No. 116, Oct. T., 1902, by defendant, from order of C. P. Allegheny Co., June T., 1902, No 51, approving bond in condemnation proceedings by Pittsburg, Carnegie & Western Railroad Company v. Thomas Gamble. Before MITCHELL, DEAN, FELL, BROWN, MESTREZAT and POTTER, JJ. Appeal quashed.

Exceptions to approval in railroad condemnation proceedings.

From the record it appeared that the bond as originally entered was for $15,000. Exceptions to the bond were sustained and under order of court an additional bond for $20,000 was filed, the two bonds making a total of $35,000.

On exceptions testimony was offered by the exceptant, which tended to show that the property might be sold at private sale at not less than $70,000.

The court made an order approving both bonds.

*Error assigned* was the order of the court.

*M. A. Woodward*, for appellant.

*A. M. Neeper*, with him *W. M. Lindsay*, were not heard.

PER CURIAM, November 11, 1902:

The order fixing the amount of the bond is interlocutory in its nature and no appeal has been given by statute: Twelfth Street Market Co. v. P. &    . Terminal R. R. Co., 142 Pa. 580.

We have not been convinced that there was any abuse of discretion in the court below in fixing the amount.

Appeal quashed with costs.